80 A.3d 377

**William MONTANEZ, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 153 EM 2013.**

Supreme Court of Pennsylvania.

Nov. 20, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 20th day of November, 2013, the Application for Leave to File Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending *habeas corpus* petition within 90 days of this order.